**Order entered November 15, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00188-CV

## GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellant

## V.

## RIVERWOOD SOLUTIONS, INC., AND LORI AUSTIN, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04054-2015**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 19, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE